# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| YONG HUI NICHOLS, | : | |
| Plaintiff, | : | Case No. 3:10cv00301 |
| vs. | : | District Judge Timothy S. Black |
| MICHAEL J. ASTRUE, | : | Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## RECOMMITTAL ORDER

This Social Security case is before the Court on Plaintiff's Objections (Doc. #23) to the Magistrate Judge's Supplemental Report and Recommendations.  (Doc. #22).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge.  Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a Supplemental Report analyzing the Objections and making recommendations based on that analysis.

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge