UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**YONG HUI NICHOLS,**         CASE NO.   3:10-cv-301

    Plaintiff,         **Judge Timothy S. Black**
                                    **Magistrate Judge Sharon L. Ovington**

   **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

### AMENDED JUDGMENT IN A CIVIL CASE
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations (Doc. 17) is **ADOPTED** in full; the Commissioner's final decision is **AFFIRMED IN PART** to the extent the Administrative Law Judge determined that Plaintiff was under a "disability" as defined by the Social Security Act beginning on May 8, 2009; the Commissioner's final decision that Plaintiff was not under a "disability" as defined by the Social Security Act is **REVERSED IN REMAINING PART**, and this matter is **REMANDED** to the Social Security Administration under Sentence Four of 42 U.S.C. §405(g) for payment of benefits to Plaintiff based on her disability onset date of July 26, 2006 consistent with the Decision and Entry, the Report and Recommendations, and the Social Security Act; and this case remains **TERMINATED** on the docket of this Court.

Date: May 13, 2013                                                   **JOHN P. HEHMAN, CLERK**

                                                                     By: *s/ M. Rogers*
                                                                     Deputy Clerk